1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

   JASWINDER K. DOSANJ,                      )
13                                           )
                  Plaintiff,                 )    C 06-5347-SI
14                                           )
           v.                                )
15                                           )    **STIPULATION TO EXTEND ANSWER
   NWD 1989180055; CHRISTINA POULOS,         )    DATE**
16 USCIS Acting District Director; MICHAEL   )
   CHERTOFF, Secretary of Department of      )
17 Homeland Security; ALBERTO GONZALES,      )
   Attorney General of the United States; and)
18 DOES 1 thru 50,                           )
                                             )
19                Defendants.                )
                                             )

20
        The plaintiff, by and through his attorney of record, and defendants, by and through their
21
   attorneys of record, hereby stipulate, to a 30-day extension of the deadline for the defendants'
22
   answer to the complaint.   The defendants will file and serve their answer on or before December
23
   6, 2006.
24

25

26

27

28

   STIPULATION TO EXTEND ANSWER DATE
   C 06-5347-SI                                   1

1

2
Date: November 3, 2006                    Respectfully submitted,
3
                                          KEVIN V. RYAN
4                                         United States Attorney

5

6                                             /s/
                                          EDWARD A. OLSEN[1]
7                                         Assistant United States Attorney
                                          Attorneys for Defendants
8

9

10

11 Date: November 3, 2006                     /s/
                                          ASHWANI K. BHAKHRI
12                                        Attorney for Plaintiff

13

14                                   **ORDER**

15      Pursuant to stipulation, IT IS SO ORDERED.

16

17
Date:
18                                        _____
                                          SUSAN ILLSTON
                                          United States District Judge
19

20

21

22

23

24

25

26

27      _____

28      [1]I, Edward A. Olsen, attest that both Ashwani k. Bhakhri and I have signed this
stipulation.

STIPULATION TO EXTEND ANSWER DATE
C 06-5347-SI                                    2