| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JASWINDER K. DOSANJ, | ) | |
| | ) | No. C 06-5347 SI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO EXTEND DATE OF** |
| | ) | **CASE MANAGEMENT CONFERENCE;** |
| NWD 1989180055; CHRISTINA POULOS, | ) | **and [PROPOSED] ANSWER** |
| USCIS Acting District Director; MICHAEL | ) | |
| CHERTOFF, Secretary of Department of | ) | |
| Homeland Security; ALBERTO GONZALES, | ) | |
| Attorney General of the United States; | ) | |
| and DOES 1 thru 50, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of the date of the case management conference in the above-entitled action in light of the reasonable possibility that this case may be moot within the next 30 days. If the case becomes moot in the next thirty days, the parties will file a stipulation to dismiss. If the case does not become moot in the next 30 days, the parties will file a joint case management statement 7 days in advance of the re-scheduled case management conference.

///

///

Stipulation for Extension
C 06-5347 SI

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: November 22, 2006 | Respectfully submitted, |
| 3 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

/s/
Date: November 22, 2006         ASHWANI BHAKHRI
                                Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                SUSAN ILLSTON
                                United States District Judge

The December 1, 2006 case management conference is continued January 19, 2007, at 2 p.m.

Stipulation for Extension
C 06-5347 SI