1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   JASWINDER K. DOSANJ,            )
13                                 )
                 Plaintiff,        )   C-06-5347-SI
14                                 )
         v.                        )
15                                 )   **STIPULATION TO DISMISS; AND**
   NWD 1989180055; CHRISTINA POULOS,)  **[PROPOSED] ORDER**
16 USCIS Acting District Director; MICHAEL )
   CHERTOFF, Secretary of Department of )
17 Homeland Security; ALBERTO GONZALES, )
   Attorney General of the United States; and )
18 DOES 1 thru 50,                 )
                                   )
19               Defendants.       )
                                   )
20
       The plaintiff, by and through his attorney of record, and defendants, by and through their
21
   attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-
22
   entitled action without prejudice in light of the fact that the defendants have agreed to re-open the
23
   plaintiff's case, to re-interview the beneficiary, and to proceed with processing the I-130 visa
24
   petition.
25
       Each of the parties shall bear their own costs and fees.
26

27

28

STIPULATION TO DISMISS; AND PROPOSED ORDER
C-06-5347-SI                                    1

| | |
|---|---|
| Date: December 6, 2006 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br>/s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: December 6, 2006 | /s/<br>ASHWANI K. BHAKHRI<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

SUSAN ILLSTON
United States District Judge

STIPULATION TO DISMISS; AND PROPOSED ORDER
C-06-5347-SI                                                              2